■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY CHESHIRE, Appellant. [833 NYS2d 422]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (McGann, J.), imposed August 9, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Crane, Santucci, Fisher and Carni, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD COLT, Appellant. [832 NYS2d 441]—Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered June 16, 2005, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not entitled to have the court mandate his entry into a comprehensive alcohol and substance abuse treatment program while incarcerated since he was not convicted of a drug-related offense (see Penal Law § 60.04 [6]). There is no merit to the defendant's contention that the court failed to inform him of a direct consequence of his plea (see People v Catu, 4 NY3d 242 [2005]). Miller, J.P., Santucci, Florio and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCEL GRANT, Appellant. [832 NYS2d 441]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (McKay, J.), rendered July 28, 2003, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the defense counsel's failure to move to dismiss the indictment on the ground that there was an unreasonable delay in sentencing (see CPL 380.30 [1]; People v Drake, 61 NY2d 359 [1984]) did not deprive him of meaningful representation (see US Const Sixth Amend; NY Const, art I, § 6; Strickland v Washington, 466 US 668 [1984]; People v Caban, 5 NY3d 143 [2005]; People v Benevento, 91 NY2d 708 [1998]). Skelos, J.P., Angiolillo, Carni and Balkin, JJ., concur.